# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1665SI

_____

| | | |
|---|---|---|
| Hatsady Leutfaimany, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Polk County Iowa; Bob Rice, Sheriff, | * | District Court for the Southern |
| Individually and in his official capacity | * | District of Iowa. |
| as Polk County Sheriff; Brent Long, | * | |
| Deputy Sheriff, Individually and in his | * | [UNPUBLISHED] |
| official capacity as Polk County Deputy | * | |
| Sheriff; John Sarcone, in his official | * | |
| capacity only, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 16, 1998
Filed:  December 23, 1998

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Hatsady Leutfaimany's appeal has been submitted on the briefs.  Having considered the record and the parties' arguments, we conclude the district court's decision is clearly correct.  We thus affirm the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.